Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
THOMAS and SALLY RELIHAN

**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| THOMAS and SALLY RELIHAN, ) | Case No.: 2:10-cv-02161-JAT |
| ) | |
| Plaintiff, ) | |
| ) | **VOLUNTARY DISMISSAL** |
| vs. ) | |
| ) | |
| A/R COLLECTION SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that THOMAS and SALLY RELIHAN (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, A/R COLLECTION SERVICES, LLC (Defendant), in this case.

DATED: December 6, 2010                              KROHN & MOSS, LTD.


By: /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff